# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINSTON WILLIAMS,<br><br>   Plaintiff,<br>   vs.<br><br>EQUIFAX INFORMATION SERVICES, et al.<br><br>   Defendants. | Case No.: 1:16-cv-00537-LJO-EPG<br><br>**ORDER** |

PURSUANT TO THE STIPULATION, IT IS SO ORDERED that all claims of Plaintiffs, WINSTON WILLIAMS, against Defendants EQUIFAX INFORMATION SERVICES, LLC, are dismissed, with prejudice. Plaintiffs, WINSTON WILLIAMS, and Defendant, EQUIFAX INFORMATION SERVICES, LLC shall each bear their own costs and attorneys' fees.

IT IS SO ORDERED.

   Dated:   **August 11, 2016**              /s/ Lawrence J. O'Neill
                                    UNITED STATES CHIEF DISTRICT JUDGE

ORDER

- 1 -