**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION**

| | |
|---|---|
| WINSTON W. WILLIAMS,<br><br>         Plaintiff,<br><br>     vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; WELLS FARGO BANK, N.A.; and DOES 1 to 10, inclusive,<br><br>         Defendants. | Case No. 1:16-cv-00537-LJO-EPG<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER**<br><br>Action Filed:   April 14, 2016<br>Trial Date:      None Set |

The Court has reviewed the stipulated protective order filed on September 9, 2016 (Doc. 29).  The Court adopts the protective order with the exception that the judicial intervention procedures outlined at ¶ 6.2 shall be subject to the informal discovery dispute process outlined in this Court's scheduling order issued on August 9, 2016. (Doc. 26, Section V, pgs. 4-5). Specifically, the parties must participate in an informal telephonic conference with the Court and obtain permission prior to filing any motion.  Additionally, any document that the parties seek to file under seal shall be filed in compliance with LR 141 rather that Civil Local Rule 79-5, as currently cited in the document.  *See*, ¶ 12.3.

IT IS SO ORDERED.

    Dated:   **September 13, 2016**                    /s/ Erica P. Grosjean
                                                                       UNITED STATES MAGISTRATE JUDGE

07685.1642/8515487.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

07685.1642/8515487.1                 2
[PROPOSED] ORDER GRANTING STIPULATED PROTECTIVE ORDER