**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WINSTON W. WILLIAMS,<br><br>　　　　　Plaintiff,<br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; WELLS FARGO BANK, N.A., and DOES 1 to 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 1:16-cv-00537-LJO-EPG<br><br>**ORDER RE: EXTENSION OF DISCOVERY DEADLINES** |

Based on the stipulation between the parties (ECF No. 31) and good cause appearing therein, the Court amends the Scheduling Order (ECF No. 26) in this case as follows:

- Non-expert discovery cutoff: April 14, 2017
- Plaintiff's Expert Disclosure Deadline: May 5, 2017
- Defendants' Expert Disclosure Deadline: May 19, 2017
- Rebuttal Expert Disclosure Deadline: June 2, 2017

All other dates remain as previously set.

IT IS SO ORDERED.

　　Dated:　**December 16, 2016**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE