1  Katherine A. Neben (State Bar No. 263099)
   kneben@JonesDay.com
2  JONES DAY
   3161 Michelson Drive, Suite 800
3  Irvine, CA  92612.4408
   Telephone:     (949) 851-3939
4  Facsimile:      (949) 553-7539

5  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10                     FRESNO DIVISION

11

| 12 | WINSTON W. WILLIAMS, | Case No. 1:16-cv-00537-LJO-EPG |
|---|---|---|
| 13 | Plaintiff, | **ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |
| 14 | v. | |
| 15 | EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; WELLS FARGO BANK, N.A., and DOES 1 to 10, inclusive, | Complaint filed:  April 14, 2016 |
| 16 | | |
| 17 | | |
| 18 | Defendants. | |

19      On January 17, 2017, the parties filed a stipulated protective order to protect against the
20 disclosure of confidential information in this litigation. The Court has reviewed the stipulation
21 and adopts it.

22
23      The Court also clarifies paragraph 11 to describe the procedure for seeking leave of court
24 to file a motion challenging a confidentiality designation:  Counsel must receive permission from
   the Court following an informal telephone conference.  A party wishing to schedule such a
25 conference should contact chambers at (559) 499-5962 to receive available dates.  The Court will
26 schedule the conference as soon as possible, taking into consideration the urgency of the issue.
27 Prior to the conference, the Court will require the parties to submit letter briefs of no more than 3
28

pages in length to chambers for review.  Telephonic conferences will not be on the record and the Court will not issue a formal ruling at that time.  Nevertheless, the Court will attempt to provide guidance to the parties to narrow or dispose of the dispute.  If no resolution is reached, the Court will consider whether the filing of a formal motion is appropriate.

IT IS SO ORDERED.

Dated:  **January 18, 2017**                     /s/ *Erica P. Grosjean*
                                             UNITED STATES MAGISTRATE JUDGE