# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WINSTON WILLIAMS,<br><br>　　　　　Plaintiff,<br>　　vs.<br>WELLS FARGO BANK, N.A., et al.<br><br>　　　　　Defendants. | Case No.: 1:16-cv-00537-LJO-EPG<br><br>**ORDER TERMINATING WELLS FARGO BANK, N.A. AS A DEFENDANT** |

On April 12, 2017, the parties filed a stipulation dismissing Defendant Wells Fargo Bank, N.A. from this case with prejudice, with each side to bear its own costs and attorney fees. Plaintiff and Defendant Wells Fargo Bank, N.A. have agreed to the stipulation. Pursuant to the stipulation, all claims of Plaintiff Winston Williams against Defendant Wells Fargo Bank, N.A., have been dismissed, with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of the Court is DIRECTED to terminate Wells Fargo Bank, N.A. as a defendant in this case.

IT IS SO ORDERED.

　　Dated: **April 18, 2017**　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

- 1 -