**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WINSTON WILLIAMS,<br><br>               Plaintiff,<br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., *et al*.<br><br>               Defendants. | **Case No.: 1:16-cv-00537-LJO-EPG**<br><br>**ORDER TERMINATING EXPERIAN INFORMATION SOLUTIONS, INC. AS A DEFENDANT AND CLOSING THE CASE** |

      On April 24, 2017, the parties filed a stipulation dismissing Defendant Experian Information Solutions, Inc. from this case with prejudice, with each side to bear its own costs and attorney fees. Plaintiff and Defendant Experian Information Solutions, Inc. have agreed to the stipulation. Pursuant to the stipulation, all claims of Plaintiff Winston Williams against Defendant Experian Information Solutions, Inc., have been dismissed, with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). All claims and defendants in this case have now been dismissed. (ECF Nos. 28, 45.) The Clerk of the Court is thus DIRECTED to close the case.

IT IS SO ORDERED.

    Dated:   **April 25, 2017**                      /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE